UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES LORING,

    Plaintiff,

v.                                Case No:   2:13-cv-821-FtM-38CM

WANTED DEAD OR ALIVE,
L.L.C., CHRISTOPHER ONCKEN,
CHRISTINE E. HORGAN and
VICTORIA E. ONCKEN,

    Defendants.

## ORDER

Before the Court is the Parties' Joint Motion and Memorandum of Law in Support of Request for Approval of Settlement (Doc. 29) filed on July 17, 2014. Plaintiff Charles Loring ("Loring") is requesting that the Court approve the parties' settlement of the Fair Labor Standards Act ("FLSA") claim. The Settlement Agreement and Final Release of All Claims (Doc. 29-1, "settlement agreement") was submitted for the Court's review. To approve the settlement, the Court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Upon review of the settlement agreement, the Court notes that it contains a confidentiality provision. Doc. 29-1 at ¶ 4. Pursuant to *Dees v. Hydrady, Inc.*, 706 F. Supp. 2d 1227, 1242 (M.D. Fla. 2010), a confidentiality provision furthers resolution of no bona fide dispute between the parties; rather, compelled silence

unreasonably frustrates implementation of the 'private-public' rights granted by the FLSA and thwarts Congress's intent to ensure widespread compliance with the statute." As set forth in *Dees*, the Court does not consider the settlement agreement to be confidential. Although the settlement agreement was filed in the public court record with no objection by Defendant, the Court directs Plaintiff to refile for the Court's review the settlement agreement signed by all parties with the confidentiality provision removed, attached to a joint motion for approval of the FLSA settlement agreement.

ACCORDINGLY, it is hereby

**ORDERED:**

The Parties' Joint Motion and Memorandum of Law in Support of Request for Approval of Settlement (Doc. 29) is **DENIED without prejudice**. On or before **August 8, 2014**, Plaintiff is directed to file a joint motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1354-55 (11th Cir. 1982) and this Order.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of July, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record