UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLES LORING,

      Plaintiff,

v.                                  Case No:   2:13-cv-821-FtM-38CM

WANTED DEAD OR ALIVE, L.L.C.,
CHRISTOPHER ONCKEN,
CHRISTINE E. HORGAN and
VICTORIA E. ONCKEN,

      Defendants.

_____/

## ORDER[1]

This matter comes before the Court on the Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 32) filed on July 29, 2014, recommending that (1) the Renewed Joint Motion and Memorandum of Law in Support of Request for Approval of Settlement (Doc. 31) be granted; (2) the Settlement Agreement (Doc. 31-1) be approved by the Court as a fair and reasonable resolution of a bona fide dispute under the FLSA; and (3) the Court enter an order dismissing this action and the Clerk be directed to close the file. No objections have been filed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982); cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now **ORDERED:**

1.  The Report and Recommendation (Doc. 32) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2.  The Parties Renewed Joint Motion and Memorandum of Law in Support of Request for Approval of Settlement (Doc. 31) is **GRANTED**. The Settlement Agreement and Full and Final Release of All Claims (Doc. 31-1) is approved by the Court as a "fair and reasonable resolution of a bona fide dispute" of the FLSA issues.

3.  This matter (Doc. 1) is **DISMISSED with prejudice**.

4.  The Clerk is directed to close the file and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2